THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES D. BAISLEY and JAMES D. MORRISON, Plaintiffs, v. GUSTAVE C. JOACHIM and Others, Defendants. — Upon agreed statement of facts, judgment directed for plaintiffs, without costs. In our opinion, under section 48 of the Village Law, as amended by Laws of 1927, chapter 650, plaintiffs are now lawfully holding office. Lazansky, P. J., Carswell, Scudder and Tompkins, JJ., concur; Davis, J., dissents.

NICOLA BASILE, Respondent, v. JULIUS LEHRENKRAUSS and Others, Appellants. — Motion to dismiss appeal denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

BLUMA BROOME, Appellant, v. SAMUEL BROOME, Respondent.— Motion to dismiss appeal denied, with leave to renew upon the argument of the appeal. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

GEM REALTY & DEVELOPMENT COMPANY, INC., Respondent, v. FOSTGOW REALTY CORPORATION, Appellant, and Others, Defendants.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. (Civ. Prac. Act, § 557.) The remedy is by a motion to open the default. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

In the Matter of the Application of MAX HOROWITZ, Respondent, for a Peremptory Mandamus Order against HARRY STONE, as President, and MAX POLLACK, as Secretary, etc., Appellants.— Motion for stay granted upon condition that appellants perfect the appeal for the January, 1932, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

In the Matter of the Application for a Compulsory Accounting in the Estate of EDWARD KARSCH, Deceased. RIKKA KARSCH, Appellant; OSWALD J. KARSCH and JOHN H. KARSCH, as Executors, etc., of EDWARD KARSCH, Deceased, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

In the Matter of Proving the Last Will and Testament of WILLIAM MACGREADY, Also Known as WILLIAM L. MACGREADY, Deceased, as a Will of Real and Personal Property. LOUISE MACGREADY, Appellant. DAVID M. WOLFF, Temporary Administrator, etc., Respondent.— Motion for stay granted upon condition that appellant perfect the appeal for Friday, December eleventh (for which day the case is set down), and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

In the Matter of the Application of WILLIAM SKAFF, Respondent, for an Order Compelling ABRAHAM SCHWARTZ, an Attorney, Appellant, to Pay over the Sum of $250 Escrow Money.— Motion for stay granted upon condition that appellant perfect the appeal for Friday, December eleventh (for which day the case is set down), and be ready for argument when reached, and upon the further condition that within five days from service of a copy of the order herein appellant furnish